UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X

WILLIAM NUNZIATA,

        Petitioner,                                        **ORDER STAYING PETITION**
                                                                         **TO ALLOW EXHAUSTION**
      – against –                                  07-CV-2421

DARWIN LACLAIRE, SUPERINTENDENT of the
GREEN MEADOW CORRECTIONAL FACILITY,

        Respondent.
———————————————————————X
FEUERSTEIN, J.

      Petitioner moves for a stay of the instant proceedings in order to allow him to return to state court to exhaust the claims he raises in his petition for a writ of habeas corpus. The motion is granted.

      The Clerk of the Court is directed to administratively close this case unless or until either of the parties moves to restore the matter.

      **Petitioner is cautioned that he may be barred from reopening his federal habeas petition on statute of limitations or other grounds if he delays in initiating collateral proceedings in state court or if, having been denied relief in state court, he delays in seeking to reopen these federal proceedings.** The United States Court of Appeals for the Second Circuit has found that thirty (30) days is a reasonable period of time to both initiate state collateral proceedings and to reopen federal proceedings following a state court decision. See Zarvela v. Artuz, 254 F.3d 374, 380–81 (2d Cir. 2001).

      Respondent may move, on notice to Petitioner, to vacate the entered stay and to dismiss

the petition for failure to prosecute or on other grounds.

IT IS SO ORDERED.

/s/ Sandra J. Feuerstein
Sandra J. Feuerstein
United States District Judge

Dated: August 14, 2007
Central Islip, New York



Copy to:

William Nunziata
02-A-2889
Great Meadows Correctional Facility
P.O. Box 51
Comstock, NY 12821